NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00301-GMN-DJA |
| Plaintiff, | STIPULATION TO CONTINUE THE CHANGE OF PLEA DATE |
| vs. | (First Request) |
| FRANK SMITH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, CHRISTOPHER LIN, Assistant United States Attorney, representing the United States of America, and LUCAS GAFFNEY, Esq., counsel for defendant SMITH:

THAT THE CHANGE OF PLEA HEARINGS CURRENLTY SCHEDULED on July 1, 2020, be continued for one week, or a date shortly thereafter when convenient for the Court.

This stipulation is entered into for the following reasons:

1. Counsel for the defendant has a state court hearing on July 1, 2020 that will interfere with the defendant's change of plea hearing in this case. The state court matter has been adjourned several times prior and is unlikely to able to be rescheduled.

2. This continuance is not sought for the purpose of delay and only a short adjournment is requested.

3. The parties agree to this continuance.

4. The defendant is at liberty and agrees to this continuance.

DATED this 26th day of June, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Christopher Lin*
CHRISTOPHER LIN
Assistant United States Attorney

*/s/ Lucas Gaffney*
LUCAS GAFFNEY, ESQ.
Counsel for Defendant SMITH

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00301-GMN-DJA |
| Plaintiff, | ORDER TO CONTINUE THE CHANGE OF PLEA DATE |
| vs. | |
| FRANK SMITH, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Defendant SMITH's change of plea date currently set for July 1, 2020 at 11:30 a.m., to July 8, 2020 at 3:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro

DATED this  29  day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE

3