LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for Frank Smith*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRANK SMITH,<br><br>　　　　Defendant. | CASE NO: 2:19-cr-301-GMN-DJA<br><br>**JOINT MOTION TO WITHDRAW STIPULATION TO CONTINUE SENTENCING HEARING [ECF 159].** |

　　COMES NOW, the Defendant, FRANK SMITH, by and through his counsel of record, LUCAS J. GAFFNEY, ESQ., and hereby moves this Honorable Court to allow him to withdraw the Stipulation to Continue Sentencing filed on February 23, 2021 [ECF 159].

DATED: February 24, 2021.　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lucas Gaffney*
　　　　　　　　　　　　　　　　　　　　　　　　LUCAS J. GAFFNEY, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　GAFFNEY LAW
　　　　　　　　　　　　　　　　　　　　　　　　1050 Indigo Drive, Suite 120
　　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada, 89145

**MEMORANDUM**

On February 23, 2021, at approximately 10:00 a.m., the parties filed a stipulation to continue the Defendant, Frank Smith's (Smith), sentencing hearing currently scheduled for March 3, 2021 [See ECF 159]. The stipulation requested a continuance of Mr. Smith's sentencing for three reasons: 1) The United States Marshall's Office was transporting Mr. Smith from Tennessee to Nevada, but the parties did not know if Mr. Smith would arrive with sufficient time to prepare for his sentencing hearing on March 3, 2021; 2) On February 22, 2021, the United States Probation Office issued a revised Presentence Investigation Report (PSR) and it was unclear whether Mr. Smith would have sufficient time to review the revised PSR prior to sentencing; and 3) it was unclear whether Mr. Smith would have sufficient time to address the pending petition to revoke his pretrial release prior to sentencing.

That same day, at approximately 3:30 p.m., counsel learned that Mr. Smith had just arrived in Nevada. It is counsel's understanding that the Magistrate Court will address the petition to revoke Mr. Smith's pretrial release today (February 24, 2021). Further, counsel has had an opportunity to discuss the revised PSR with Mr. Smith.

The parties' filed its stipulation out of an abundance of caution to ensure Mr. Smith had adequate time to prepare for his sentencing. Mr. Smith's arrival in Nevada obviates the need to continue his sentencing as he now has sufficient time to prepare.

Counsel for Mr. Smith has spoken to AUSA Christopher Lin who has no objection to withdrawing the Stipulation to Continue Sentencing Hearing [ECF 159].

///

///

///

As such, Mr. Smith respectfully requests this Honorable Court grant the instant motion and allow the parties to withdraw the Stipulation to Continue Sentencing Hearing [ECF 159].

DATED: February 24, 2021.

Respectfully submitted,

| | |
|---|---|
| */s/ Lucas J. Gaffney* | */s/ Christopher Lin* |
| LUCAS GAFFNEY, ESQ. | CHRISTOPHER LIN |
| GAFFNEY LAW | Assistant United States Attorney |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, Suite 1100 |
| Las Vegas, Nevada, 89145 | Las Vegas, Nevada, 89101 |
| *Attorney for Frank Smith* | *Attorney for the United States of America* |

**IT IS SO ORDERED.**

Dated this  25  day of February, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court