# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**Nathan Ochsner, Clerk**
Clerk of Court

**HOUSTON DIVISION**
United States Courthouse
515 Rusk Street, Room 5300
Houston, TX 77002

To: District of Nevada, Las Vegas
    333 Las Vegas Boulevard South, 1st Fl
    Las Vegas, NV 891017065

RE: Transfer of Criminal Action No. 4:26−cr−00047, USA v. Frank Smith
    Your case no: 2:19−cr−00301

Dear Clerk:

Enclosed is a certified copy of the order transferring jurisdiction to our court. We have opened a case in our district with the above referenced number. It is not necessary to send copies of the indictment, judgment, and docket sheet as we have already obtained copies of these documents from PACER. Please forward any transfer documents that are not accessible through PACER.

Nathan Ochsner, Clerk

Date: January 30, 2026

By: G. Kelner
Deputy Clerk



FILED _____ _____ RECEIVED
ENTERED _____ _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 0 2 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)*<br>2:19CR00301 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>**4:26-cr-47 Hanks** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br><br>Nevada | DIVISION<br><br>U.S. Probation Office |
|---|---|---|
| Frank Smith<br>Houston, TX | NAME OF SENTENCING JUDGE<br><br>Gloria M. Navarro | |

| | | FROM | TO |
|---|---|---|---|
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | 4/14/2023 | 4/14/2026 |

OFFENSE
Bank Robbery

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Family ties/employment

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Nevada_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Southern District of Texas _____  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____January 22, 2026_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Southern_____ DISTRICT OF _____Texas_____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____January 30, 2026_____
*Effective Date*

_____
*United States District Judge*

TRUE COPY I CERTIFY
ATTEST: 1/30/26
NATHAN OCHSNER, Clerk of Court
By: __s/George Kelner__
Deputy Clerk

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE ᴾᴮ PITNEY BOWES

ZIP 77002 $ 000.74⁰
02 7W
0008035818 JAN. 30. 2026.

FIRST-CLASS

ENTERED
COUNSEL/ OF RECORD

FEB 0 2 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY _____ DEPUTY

US MARSHALS SERVICE

8910187065 C075